1

2

3

4

5                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                   AT SEATTLE

7   CHAD WAYNE HURN,

8                          Petitioner,           Case No. C19-1942-RAJ-MAT

9        v.
                                                 ORDER DIRECTING RESPONDENT
10  RONALD HAYNES,                               TO SUPPLEMENT ANSWER AND TO
                                                 FILE A REPLY TO PETITIONER'S
11                         Respondent.           RESPONSE

12

13          This is a federal habeas action brought under 28 U.S.C. § 2254.  Petitioner submitted his

14  federal habeas petition to the Court for filing on November 26, 2019, and he asserted therein ten

15  grounds for federal habeas relief.  (Dkt. 1.)   The petition was thereafter ordered served on

16  respondent and respondent was directed to file an answer to the petition.  (Dkt. 5.)  Respondent

17  filed his answer to the petition on March 2, 2020, but he failed to address therein one of petitioner's

18  claims.  (Dkt. 13.)  In particular, the answer does not appear to contain any response to petitioner's

19  first ground for federal habeas relief.  On May 12, 2020, petitioner filed a response to respondent's

20  answer in which he noted this omission and he also addressed respondent's arguments with respect

21  to his remaining nine grounds for relief.  (Dkt. 18.)  Respondent was provided an opportunity to

22  file a reply brief in support of his answer but elected not to do so.

23          Because respondent failed to address petitioner's first ground for relief in his answer, the

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT ANSWER AND TO FILE
A REPLY TO PETITIONER'S RESPONSE
PAGE - 1

Court deems it necessary to obtain a supplemental answer responding to that claim before it proceeds to disposition of the petition.  In addition, it appears that a reply brief from respondent which addresses the arguments contained in petitioner's response with respect to his remaining nine grounds for relief would aid the Court in its resolution of petitioner's federal habeas petition.

Accordingly, the Court hereby ORDERS as follows:

(1)     Respondent shall file a supplemental answer addressing petitioner's first ground for federal habeas relief not later than *September 11, 2020*.  Respondent shall also file, by the same date, a reply brief which addresses the arguments set forth by petitioner in his response to respondent's answer pertaining to his remaining nine grounds for relief.  Respondent may, if he chooses, submit a single document containing both his supplemental answer and his reply.  If petitioner wishes to file a response to respondent's supplemental answer addressing his first ground for relief, he may do so not later than *September 25, 2020*.  However, the briefing on petitioner's remaining grounds for relief will be deemed complete with the filing of respondent's reply brief.

(2)     Respondent's original answer (Dkt. 13) is RE-NOTED on the Court's calendar for consideration on *September 25, 2020*.  Petitioner's pending motion seeking expansion of the record (Dkt. 17) is RE-NOTED for consideration on the same date as it is necessary for the briefing to be completed before the Court can render a decision on that motion.

(3)     The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this <u>10th</u> day of August 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT ANSWER AND TO FILE
A REPLY TO PETITIONER'S RESPONSE
PAGE - 2